# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DENYS BLAZER,

                Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                Defendant.

Case No. 17-CV-382-JPS

**ORDER**

On November 14, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #15). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge